# CHARGE OF DISCRIMINATION

This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form.

Charge Presented To: ☐ FEPA ☒ EEOC

Agency(ies) Charge No(s): 560-2026-04271

**Missouri Commission on Human Rights** and EEOC

| Name (indicate Mr., Ms., Mrs., Mx.) | Home Phone (Incl. Area Code) | Date of Birth |
|---|---|---|
| Mr. Terrence Marshall Jr. | [redacted] | |

| Street Address | City, State and ZIP Code | Email Address |
|---|---|---|
| [redacted] | | |

| Street Address | City, State and ZIP Code | Email Address |
|---|---|---|
| **c/o Nathan C. Volheim, Sulaiman Law Group, 2500 S. Highland Ave., #200, Lombard, IL 60148 (employment@ sulaimanlaw.com)** | | |

Named is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency That I Believe Discriminated Against Me or Others. (*If more than two, list under PARTICULARS below.*)

| Name | No. Employees, Members | Phone No. (*Include Area Code*) |
|---|---|---|
| GoJet Airlines LLC | 15+ | (314) 222-4777 |

| Street Address | City, State and ZIP Code | Email Address |
|---|---|---|
| 11495 Navaid Rd | Bridgeton, MO 63044-2335 | Tamela.Hoevel@gojetairlines.com |

| Name | No. Employees, Members | Phone No. (*Include Area Code*) |
|---|---|---|
| | 15+ | |

| Street Address | City, State and ZIP Code | Email Address |
|---|---|---|
| | | |

DISCRIMINATION BASED ON (*Check appropriate box(es).*)

☑ RACE ☐ COLOR ☐ SEX ☐ RELIGION ☐ NATIONAL ORIGIN
☑ RETALIATION ☐ AGE ☐ DISABILITY ☐ GENETIC INFORMATION
☐ OTHER (*Specify below.*)

DATE(S) DISCRIMINATION TOOK PLACE
Earliest: 4/21/2026 Latest: 5/11/2026
☐ CONTINUING ACTION

THE PARTICULARS ARE (*If additional paper is needed, attach extra sheet(s)*):

I, Terrence Marshall Jr. (African American), was employed by GoJet Airlines as a Flight Attendant Trainee from on or about April 21, 2026, until on or about May 11, 2026, when I was unlawfully terminated on the basis of my race. I was also subjected to race-based harassment and retaliation for engaging in protected activity.

The following is a non-exhaustive list of incidents of race-based discrimination, harassment, and retaliation that I was subjected to:

From the first day of training, the instructor, Margaret (Indian), began yelling and screaming at me in front of the class. I was the only Black African American male in the class, and this treatment was directed solely toward me. The yelling, hostility, and public humiliation continued repeatedly throughout my training, particularly when I asked questions regarding safety concerns and training procedures.

I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures.

NOTARY – *When necessary for State and Local Agency Requirements*

I declare under penalty of perjury that the above is true and correct.

06/09/2026
*Date*

*Charging Party Signature*

I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.
SIGNATURE OF COMPLAINANT

SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE
(*month, day, year*)

# CHARGE OF DISCRIMINATION

This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form.

Charge Presented To: ☐ FEPA ☒ EEOC

Agency(ies) Charge No(s):

**Missouri Commission on Human Rights** and EEOC

THE PARTICULARS ARE *(If additional paper is needed, attach extra sheet(s)):*

During my training, I raised concerns regarding the treatment I was experiencing and explained to another instructor that I felt targeted. I was told that I could report the issue and believed the matter would improve, but the hostile treatment continued. I also raised concerns regarding the lack of a Human Resources department and continued to experience hostility when asking basic safety-related questions.

On or about May 11, 2026, I received a write-up for not having my badge. When I returned to class, instructor Margaret, who is Indian, yelled at me again and slammed her hand on the desk. Later that same day, I was sent home. When I asked to speak with someone from Human Resources, in-flight director, Christine (Caucasian), screamed at me, claimed I was a “threat,” and the police were called. During this conversation, I stated that I strongly felt I was being targeted because I was Black and because I was the only Black man in the class. Christine and Security Supervisor Gojet (Caucasian) responded by telling me that I was “playing the race card.” During that same conversation, Christine terminated my employment and vaguely stated that I was on probation.

Following my termination, I sent two emails documenting and recapping the discrimination and retaliation I experienced. Another African American trainee also reported experiencing similar treatment. Additionally, coworkers submitted letters supporting my claims and corroborating the discriminatory treatment I experienced.

Thus, I have been discriminated against and harassed because of my race and retaliated against for engaging in protected activity in violation of Title VII of the Civil Rights Act of 1964, as amended, and the Missouri Human Rights Act, Mo. Rev. Stat. § 213.010 et seq.

I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures.

I declare under penalty of perjury that the above is true and correct.

06/09/2026

*Date* *Charging Party Signature*

NOTARY – *When necessary for State and Local Agency Requirements*

I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.

SIGNATURE OF COMPLAINANT

SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE *(month, day, year)*

# CHARGE OF DISCRIMINATION

This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form.

Charge Presented To:

- [ ] FEPA
- [X] EEOC

Agency(ies) Charge No(s):

**Missouri Commission on Human Rights** and EEOC

*State or local Agency, if any*

THE PARTICULARS ARE (If additional paper is needed, attach extra sheet(s)):

I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures.

NOTARY – *When necessary for State and Local Agency Requirements*

I declare under penalty of perjury that the above is true and correct.

I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.

SIGNATURE OF COMPLAINANT

SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE (*month, day, year*)

*Date*

*Charging Party Signature*